1024

[No. 31379-1-II. Division Two. May 10, 2005.]

*In the Matter of the Marriage of* ANNE M. MURPHY, *Respondent,* and MICHAEL BARRY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 02-3-01671-2, Diane M. Woolard, J., entered February 2, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31486-0-II. Division Two. May 10, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. RENEE LYNN GEHRING, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00710-1, Russell W. Hartman, J., entered March 12, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 31569-6-II. Division Two. May 10, 2005.]

RONALD W. ERICKSON, *Appellant,* v. THE DEPARTMENT OF NATURAL RESOURCES, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 03-2-00213-4, Julie Spector, J., entered March 19, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 32104-1-II. Division Two. May 10, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY DALE McCOWN, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00688-4, Christine A. Pomeroy, J., entered August 2, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.